THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gary MacKay and Dan Hewson<br><br>Plaintiffs<br><br>-vs-<br><br>Steve Campbell and TranzGas Inc.<br><br>Defendants | 2:19-cv-001192-NR |

# DEFENDANTS' MOTION # 6 FOR DISMISSAL OF TRANZGAZ INC. DUE TO THE LACK OF CONNECTION TO THE CASE

Due to the financial hardship caused by the filing of this case by the Plaintiffs, Tranzgaz Inc. has no other option but to recind the assignment of the "049" patent and return the ownership of the said patent back to the inventor of record, Mr. Steven Campbell. In doing so, it removes any connection of Tranzgaz Inc. to this case. As Tranzgaz was assigned the patent post filing and had nothing to do with the concept development of the said patent, it has no input to offer this honourable court regarding the inventorship. Therefore, Tranzgaz Inc. respectfully requests this court to dismiss it from this case.

Attached is the affidavit of Mr. Desmond McGrath, the Managing Director of Tranzgaz Inc. In this affidavit, Mr. McGrath explains the reasoning for the compamy's decision to rescind the assignment of the "049" patent in the United States. He has sent a notorized copy directly to the court January 16, 2020.

Also attached is a copy of the resolution of Tranzgaz Inc. to recind the assignment agreement due to the inability to adhere to the terms of the said agreement and assign the "049" patent back to the sole inventor of record, Mr. Steven Campbell.

Also attached is the receipt from the US Patent and Trademark Office confirming the non-reversable electronic request to assign the said "049" patent back to Mr. Campbell.

**WHEREFORE**, Defendants respectfully request that the Court grant this motion and dismiss Tranzgaz Inc. from this case for want of connection or association to the said "049" patent or the invention of it.

Date:  January 16, 2020        Respectfully,                           Respectfully,
                               Steven Clouston Campbell                John Desmond McGrath
                                                                       Managing Director TranzGas Inc.

Attachments:
Affidavit of Desmond McGrath,
Resolution of Tranzgaz Inc., and,
Confirmation receipt of assignment request to USPTO.

Tranzgaz Inc.
(the "Corporation")

Resolution in Lieu of Meeting of Shareholders
Dated January 14, 2020

Be and it is Hereby Resolved:

Rescinding of assignment of patent US 9,376,049:

> Resolved that on the above date, the Corporation rescinds the assignment of the above noted patent provided to it by the inventor Mr. Steven Campbell.

The directors of the Corporation hereby approve this resolution.

*[signature]*

Steven Campbell

Date  Jan 14/2020

*[signature]*

John Desmond McGrath
Managing Director

Date Tue., January 14, 2020

Tuesday, January 14, 20201/14/2020 11:38 AM14 January 2020

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | RESCINDING OF ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| TRANZGAZ INC. | 01/14/2020 |

**RECEIVING PARTY DATA**

| Name: | MR. STEVEN CAMPBELL |
|---|---|
| Street Address: | 29 QUEENS ROAD |
| Internal Address: | PO BOX 733 |
| City: | ST JOHNS |
| State/Country: | NEWFOUNDLAND AND LABRADOR |
| Postal Code: | A1C5L4 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Patent Number: | 9376049 |

**CORRESPONDENCE DATA**

Fax Number:       (709)237-4703
Phone:            7097705156
Email:            scampbell@t4plng.com
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*
Correspondent Name:   STEVEN CAMPBELL
Address Line 1:       29 QUEENS ROAD
Address Line 2:       PO BOX 733
Address Line 4:       ST JOHNS, NEWFOUNDLAND AND LABRADOR   A1C5L4

| NAME OF SUBMITTER: | STEVEN CAMPBELL |
|---|---|
| Signature: | /StevenCampbell/ |
| Date: | 01/15/2020 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

**Total Attachments: 2**
source=Resolution to Rescind the Patent 01152020_00001#page1.tif

1/16/2020
Assignment
Case 2:19-cv-01192-NR   Document 30   Filed 01/16/20   Page 5 of 5
source=Assignment of US Patent Tranzgaz to SCampbell 01152020_00000 (1)#page1.tif

**RECEIPT INFORMATION**

**EPAS ID:**      PAT5911425
**Receipt Date:** 01/15/2020